IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CASE NUMBER 9:18-CR-28 (2) |
| | § | JUDGE MICHAEL TRUNCALE |
| AMBER CHEVRON EDWARDS | § | |

### ORDER ADOPTING
### REPORT AND RECOMMENDATION

The Defendant, Amber Chevron Edwards, filed a *pro se Motion for Compassionate Release* pursuant to 18 U.S.C. § 3582. [Dkt. 148.] Under 28 U.S.C. § 636(b), the Local Rules for the United States District Court for the Eastern District of Texas, and a specific referral order [dkt. 172], this motion was referred to United States Magistrate Judge Zack Hawthorn. Judge Hawthorn issued a report with recommended findings of fact and conclusions of law stating that Edwards' motion should be denied. [Dkt. 173.]

The Court has received and considered the report. The parties have not filed objections to the report and recommendation, and the time for doing so has passed. *See* 28 U.S.C. 636(b)(1). The Court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct, the Report is ADOPTED, and Edwards' *pro se Motion for Compassionate Relief* [dkt. 148] is DENIED.

**SIGNED** this 25th day of April**, 2024.**

Michael J. Truncale
United States District Judge

1